In the Matter of C. WILLIAM DAVIES, an attorney at law.

For the order: *Mr. David G. Lucas.*

For the respondent: *Mr. Martin L. Haines (Mr. Budd M. Rigg,* co-counsel).

February 18, 1963. Order to show cause discharged. Opinion reported at 39 *N. J.* 242.

In the Matter of MARTIN L. PAGLIUGHI, an attorney at law.

For the order: *Mr. Augustine A. Repetto.*

For the respondent: *Mr. David L. Horuvitz.*

March 18, 1963. Respondent reprimanded. Opinion reported at 39 *N. J.* 517.